UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| ADAM WILLARD AND LISA WILLARD | CIVIL ACTION NO. 17-264 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| WRIGHT NATIONAL FLOOD INSURANCE COMPANY | MAGISTRATE JUDGE HORNSBY |

**ORDER**

Considering Defendant Wright National Flood Insurance Company's ("Wright") Rule 12(b)(6) Motion to Dismiss (Record Document 8) and Plaintiffs Adam and Lisa Willard's concession that the Motion should be granted (Record Document 13),

**IT IS ORDERED** that Wright's Motion (Record Document 8) be and is hereby **GRANTED**. Plaintiffs' claims for statutory penalties, rental expenses, attorney's fees, and costs pursuant to Louisiana Revised Statutes 22:1893 and 22:1973, property damage, mental pain and anguish, loss of enjoyment of life, expert fees, costs, and interest contained in the Complaint filed herein are preempted and barred under federal statutory, regulatory, and common law. As such, all of the claims listed herein are hereby **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that Plaintiffs' request for leave to file an amended complaint (Record Document 13) is hereby **GRANTED**. Plaintiffs have until Monday, March 20, 2017, to file an amended complaint.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, on this the 6th day of March, 2017.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE